IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELLECTIS S.A., </br></br> Plaintiff, </br></br> v. </br></br> PRECISION BIOSCIENCES, INC., </br></br> Defendant. | C.A. No. 11-173-SLR-MPT |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's "Stipulation and Order to Amend Scheduling Order D.I. 33 & 82" (D.I. 142), the parties respectfully submit this Joint Claim Construction Statement. The list of disputed claim terms or phrases appearing in U.S. Patent No. 7,897,372 ("the '372 patent"), and the parties' respective positions, are set forth in the Joint Claim Chart Submitted herewith.

| | |
|---|---|
| /s/ Travis S. Hunter | /s/ David E. Moore |
| Chad M. Shandler (#3796) | Richard L. Horwitz (#2246) |
| shandler@rlf.com | rhowitz@potteranderson.com |
| Travis S. Hunter (#5350) | David E. Moore (#3983) |
| hunter@rlf.com | dmoore@potteranderson.com |
| RICHARDS LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
| 920 N. King Street | Hercules Plaza 6th Floor |
| Wilmington, DE 19899-0551 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 984-6000 |
| *Attorneys for Cellectis S.A.* | *Attorneys for Precision BioSciences, Inc.* |

*Of counsel:*

Richard L. DeLucia
Paul M. Richter, Jr.
Michael K. Levy
Patrice P. Jean
Anne E. Li
Michael S. Chang
One Broadway
New York, New York 10004-1007
(212) 425-7200

*Of counsel:*

Vinita Ferrera
Allen C. Nunnally
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Dated: July 27, 2012

RLF1 6353010v.1